# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Kimberly C. Priest | U.S District Court for the Eastern District of Texas | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Federal Courthouse
7940 Preston Road
Plano, TX 75024

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | ▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | ▓▓▓▓▓▓▓▓ | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Fish & Richardson P.C. (salary) |
| 2. | 2017 | Self-employed (attorney) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDTX Bar Association | March 9, 2017 | Plano, TX | EDTX Criminal Bench Bar Dinner | Meal |
| 2. | San Francisco Daily Journal | April 16-19, 2017 | San Francisco, CA | Patent Conference (speaker) | Transportation, lodging, meals |
| 3. | EDTX Bar Association | May 8, 2017 | Plano, TX | EDTX Bar Association Dinner | Meal |
| 4. | Texas Bar Association | July 20-21, 2017 | Horseshoe Bay, TX | Patent Conference (speaker) | Transportation, lodging, meals |
| 5. | EDTX Bar Association | October 4-6, 2017 | Plano, TX | EDTX Annual Bench Bar Dinner | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

6.   Texas Bar Association      November 1, 2017      Horseshoe Bay, TX      Luncheon      Meal

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fish & Richardson, P.C. 401(k) | personal loan | None |
| 2. | FACTS Management Co. | tuition loan | J |
| 3. | American Bank of Texas, First United Bank | personal loan | None |
| 4. | Northwestern Mutual Life | insurance loan | M |
| 5. | Wells Fargo | line of credit | N |
| 6. | First United Bank | line of credit | M |
| 7. | Citibank | credit card | J |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 2. BBVA COMPASS (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 3. RENTAL PROPERTY, TIGERTOWN, TX (1/5 INTEREST) | A | Rent | K | W | | | | | |
| 4. FISH & RICHARDSON, P.C. (CASH BALANCE) | A | Interest | | | Closed | 02/08/17 | N | | |
| 5. 401(K) #1 (H) | | | | | | | | | |
| 6. WELLS FARGO STABLE VALUE | A | Interest | | | Sold | 02/08/17 | J | A | |
| 7. TCW TOTAL RETURN BOND I | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 8. CALAMOS GROWTH & INCOME I | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 9. DODGE & COX STOCK | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 10. MAINSTAY LARGE CAP GROWTH I | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 11. JPMORGAN MID CAP VALUE INSTL | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 12. ARTISAN MID CAP INSTL | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 13. BROWN CAPITAL MGMT SMALL CO INSTL | B | Dividend | | | Sold | 02/08/17 | J | A | |
| 14. ALLIANZ NFJ SMALL CAP VALUE INSTL | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 15. HARBOR INTERNATIONAL INSTITUTIONAL | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 16. ARTISAN INTERNATIONAL INSTL | | None | | | Sold | 02/08/17 | J | A | |
| 17. 401K #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO STABLE VALUE | A | Interest | | | Sold | 04/12/17 | J | | |
| 19. VANGUARD INFLATION-PROTECTED SECS | A | Dividend | | | Sold | 04/12/17 | J | | |
| 20. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL | B | Dividend | | | Sold | 04/12/17 | J | | |
| 21. VANGUARD INSTITUTIONAL INDEX I | A | Dividend | | | Sold | 04/12/17 | K | | |
| 22. VANGUARD MID CAP INDEX ADMIRAL | A | Dividend | | | Sold | 04/12/17 | K | | |
| 23. VANGUARD SMALL CAP INDEX ADMIRAL | A | Dividend | | | Sold | 04/12/17 | J | | |
| 24. VANGUARD TOTAL INTL STOCK INDEX ADMIRAL | A | Dividend | | | Sold | 04/12/17 | J | | |
| 25. IRA #1 (H) | | | | | | | | | |
| 26. RAYMOND JAMES BANK DEPOSIT PROGRAM (Y) | | | | | | | | | |
| 27. AMG SOUTHERNSUN U.S. EQUITY FUND CLASS I N/L (SSEIX) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 28. | | | | | Sold (part) | 11/16/17 | J | | |
| 29. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 30. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | A | Dividend | L | T | Buy (add'l) | 02/13/17 | J | | |
| 31. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 32. JPMORGAN VALUE ADVANTAGE FUND INSTITUTIONAL CLASS N/L (JVAIX) | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 33. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 35. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 36. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 37. | | | | | Sold (part) | 11/15/17 | J | | |
| 38. ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 39. ISHARES TR MIN VOL UDA ETF (USMV) | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 40. ISHARES TR CORE MSCI EAFE (IEFA) | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 41. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | L | T | Buy (add'l) | 02/13/17 | J | | |
| 42. | | | | | Sold (part) | 11/16/17 | J | | |
| 43. IRA #2 (H) | | | | | | | | | |
| 44. RAYMOND JAMES BANK DEPOSIT PROGRAM | A | Interest | K | T | Open | 04/13/17 | M | | |
| 45. AMG SOUTHERNSUN U.S. EQUITY FUND CLASS I N/L (SSEIX) | A | Dividend | L | T | Buy | 04/20/17 | J | | |
| 46. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 47. | | | | | Sold (part) | 11/16/17 | K | | |
| 48. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | D | Dividend | L | T | Buy | 04/18/17 | J | | |
| 49. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | D | Dividend | M | T | Buy | 04/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 51. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | C | Dividend | L | T | Buy | 04/20/17 | J | | |
| 52. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 53. JPMORGAN VALUE ADVANTAGE FUND INSTITUTIONAL CLASS N/L (JVAIX) | B | Dividend | L | T | Buy | 04/18/17 | J | | |
| 54. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | A | Dividend | K | T | Buy | 04/18/17 | J | | |
| 55. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 56. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | C | Dividend | L | T | Buy | 04/18/17 | J | | |
| 57. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | B | Dividend | M | T | Buy | 02/20/17 | J | | |
| 58. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 59. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | C | Dividend | L | T | Buy | 04/18/17 | J | | |
| 60. | | | | | Buy (add'l) | 06/13/17 | K | | |
| 61. | | | | | Sold (part) | 11/15/17 | K | | |
| 62. ISHARES TR CORE US AGGBD ET (AGG) | B | Dividend | L | T | Buy | 04/20/17 | J | | |
| 63. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 64. ISHARES TR MIN VOL UDA ETF (USMV) | A | Dividend | K | T | Buy | 11/16/17 | K | | |
| 65. ISHARES TR CORE MSCI EAFE (IEFA) | B | Dividend | L | T | Buy | 04/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 67. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 68. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | B | Dividend | M | T | Buy | 04/20/17 | K | | |
| 69. | | | | | Buy (add'l) | 06/15/17 | L | | |
| 70. | | | | | Sold (part) | 11/16/17 | K | | |
| 71. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 72. AMERICAN MUTUAL FUND CLASS F2 - AMERICAN FUNDS N/L (AMRFX) | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 73. DODGE & COX INCOME FUND N/L (DODIX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 74. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 75. JPMORGAN VALUE ADVANTAGE FUND CLASS L N/L (JVAIX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 76. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 77. LOOMIS SAYLES GROWTH FUND CLASS Y N/L - NATIXIS ADVISOR (LSGRX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 78. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 79. PRUDENTIAL HIGH YIELD FUND CLASS Z N/L (PHYZX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 80. T. ROWE PRICE SMALL CAP VALUE FUND ADVISOR CLASS N/L (PASVX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 81. | | | | | Sold (part) | 11/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. WESTERN ASSET TOTAL RETURN UNCONSTRAINED FUND CLS I N/L (WAARX) | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 83. ISHARES TR CORE US AGGBD ET (AGG) | A | Distribution | J | T | Buy | 10/24/17 | J | | |
| 84. ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 85. ISHARES TR CORE MSCI EAFE (IEFA | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 86. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 87. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 88. | | | | | Sold (part) | 11/16/17 | J | | |
| 89. RETIREMENT SAVINGS PLAN #1 (H) | | | | | | | | | |
| 90. VANGUARD INST TR 2035 | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 91. EDUCATION ACCOUNTS (H) | | | | | | | | | |
| 92. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2021 | | None | | | Closed | 05/30/17 | J | | |
| 93. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2024 | | None | | | Closed | 05/30/17 | J | | |
| 94. MARYLAND COLLEGE INVESTMENT PLAN PORTFOLIO 2027 | | None | | | Closed | 05/30/17 | M | | |
| 95. BRIGHT START BLENDED AGE BASED 7-9 YEARS PORTFOLIO | | None | | | Closed | 05/30/17 | J | | |
| 96. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 97. NEST NE 529 AGE BASED GROWTH 15-18 CLASS A M/F (NEFEA) | | None | M | T | Buy | 06/07/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 99. 529 ACCOUNT #2 (H) | | | | | | | | | |
| 100. NEST NE 529 AGE BASED GROWTH 6-10 CLASS A M/F (NASTA) | | None | | | Buy | 06/07/17 | J | | |
| 101. | | | | | Sold | 07/07/17 | J | | |
| 102. NEST NE 529 AGE BASED GROWTH 11-14 CLASS A M/F (NEEFA) | | None | J | T | Buy | 07/07/17 | J | | |
| 103. 529 ACCOUNT #3 (H) | | | | | | | | | |
| 104. NEST NE 529 AGE BASED GROWTH 6-10 CLASS A M/F (NASTA) | | None | K | T | Buy | 06/07/17 | K | | |
| 105. WHOLE/UNIVERSAL LIFE INSURANCE POLICIES (H) | | | | | | | | | |
| 106. METLIFE FLEXIBLE PREMIUM VARIABLE LIFE | A | Interest | J | T | | | | | |
| 107. NORTHWESTERN MUTUAL LIFE | | None | K | T | | | | | |
| 108. NORTHWESTERN MUTUAL VARIABLE LIFE INVESTMENT POLICY (H) | | | | | | | | | |
| 109. NORTHWESTERN MUTUAL US EQUITY LARGE CAP | A | Dividend | J | T | | | | | |
| 110. NORTHWESTERN MUTUAL US EQUITY MID CAP | A | Dividend | J | T | | | | | |
| 111. NORTHWESTERN MUTUAL US EQUITY SMALL CAP | A | Dividend | J | T | | | | | |
| 112. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS | A | Dividend | J | T | | | | | |
| 113. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnson, Kimberly C. Priest | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 29 and 48: Symbol changes only.

Part VII, lines 106 and 107: These policies do not have individual underlying investments.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly C. Priest Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544